FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
\*JANUARY 28, 2026\*
BROOKLYN OFFICE
26-cr-00014
Judge Margo K. Brodie
Magistrate Judge Clay H. Kaminsky

MWG:MFS
F. #2025R00554

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

BRYAN OVIEDO,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. __26-cr-00014__
(T. 18, U.S.C., §§ 844(c)(1), 844(i),
982(a)(2)(B), 982(b)(1) and 3551 et seq.;
T. 21, U.S.C., § 853(p))

THE GRAND JURY CHARGES:

### COUNT ONE
(Arson)

1. On or about August 20, 2025, within the Eastern District of New York and elsewhere, the defendant BRYAN OVIEDO did knowingly, intentionally and maliciously damage and destroy, and attempt to damage and destroy, by means of fire and an explosive, a building and other personal and real property used in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, to wit: a residential apartment building located on Pacific Street in Brooklyn, New York.

(Title 18, United States Code, Sections 844(i) and 3551 et seq.)

### COUNT TWO
(Arson)

2. On or about August 25, 2025, within the Eastern District of New York and elsewhere, the defendant BRYAN OVIEDO did knowingly, intentionally and maliciously damage and destroy, and attempt to damage and destroy, by means of fire and an explosive, a building and other personal and real property used in interstate and foreign commerce and in an

activity affecting interstate and foreign commerce, to wit: a residential apartment building located on Pine Street in Brooklyn, New York.

(Title 18, United States Code, Sections 844(i) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3. The United States hereby gives notice to the defendant that, upon his conviction of either of the offenses charged herein, the government will seek forfeiture in accordance with: (a) Title 18, United States Code, Section 844(c)(1), which requires any person convicted of such offenses to forfeit any explosive materials involved or used or intended to be used in any violation of Title 18, United States Code, Section 844; and (b) Title 18, United States Code, Section 982(a)(2)(B), which requires any person convicted of such offenses to forfeit any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture

3

allegation.

(Title 18, United States Code, Sections 844(c)(1), 982(a)(2)(B) and 982(b)(1);

Title 21, United States Code, Section 853(p))

A TRUE BILL

/s/

FOREPERSON

*By David Pitluck, Assistant U.S. Attorney*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK